*see all*

33
7/18/02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN TOWER, L.P., | : | |
| Plaintiff, | : | CIVIL ACTION NO. 1:CV-00-2234 |
| | : | |
| v. | : | |
| | : | Judge Kane |
| ZONING HEARING BOARD OF | : | |
| MONROE TOWNSHIP, | : | |
| CUMBERLAND COUNTY, | : | |
| PENNSYLVANIA and MONROE | : | |
| TOWNSHIP, CUMBERLAND | : | |
| COUNTY, PENNSYLVANIA, | : | |
| Defendants. | : | |

FILED
HARRISBURG, PA

JUL 1 7 2002

MARY E. D'ANDREA, CLERK
PER_____
DEPUTY CLERK

## ORDER

AND NOW, this 17 day of July, 2002, IT IS ORDERED THAT the pending cross motions for summary judgment (docs. 14 and 19) are assigned to Magistrate Judge Smyser for preparation of a report and recommendation pursuant to 28 U.S.C. § 636(b)(1).

Yvette Kane
United States District Judge