

#36

1/10/03
yan

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMERICAN TOWER, L. P.,** | : | **CIVIL NO. 1:CV-00-2234** |
| | : | |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **ZONING HEARING BOARD OF,** | : | |
| **MONROE TOWNSHIP,** | : | |
| **CUMBERLAND COUNTY,** | : | |
| **PENNSYLVANIA and MONROE** | : | |
| **TOWNSHIP, CUMBERLAND** | : | |
| **COUNTY, PENNSYLVANIA** | : | |
| | : | |
| **Defendants** | : | |



FILED
JAN 9 - 2003
PER
HARRISBURG, PA          DEPUTY CLERK

## ORDER

AND NOW, this 9th day of January, 2003, upon consideration of the report of

the Magistrate Judge, dated September 26, 2002, to which no objections were filed,

it is ORDERED that the Magistrate Judge's report is ADOPTED. It is FURTHER

ORDERED that, pursuant to the Magistrate Judge's recommendation:

1. Defendants' motion for summary judgment is GRANTED. (Doc. 14).

2. Plaintiff's motion for summary judgment is DENIED. (Doc. 19).

3. The Clerk of Court is directed to close the case file.

CHRISTOPHER C. CONNER
United States District Judge