

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

American Tower, L.P.,
    Plaintiff

    v.

Zoning Hearing Board of
Monroe Township,
Cumberland County,
Pennsylvania and Monroe Township,
Cumberland County, Pennsylvania,
    Defendants

CASE NUMBER: 1:CV-00-2234



☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT SUMMARY JUDGMENT be and is hereby entered in favor of the defendants, Zoning Hearing Board of Monroe Township, Cumberland County, Pennsylvania and Monroe Township, Cumberland County, Pennsylvania and against the plaintiff, American Tower, L.P.**

Date: January 10, 2003

Mary E. D'Andrea, Clerk of Court

(By) Kimberly A. McKinney, Deputy Clerk